THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JASON HALE,<br><br>                Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL,<br><br>                Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:21-CV-67 DN<br><br>District Judge David Nuffer |

      Plaintiff, Jason Hale, filed a civil complaint. (ECF No. 6.) On July 7, 2021, under 28 U.S.C.S. § 1915(b)(1) (2021), the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee (IPFF) of $27.57. (ECF No. 5.) The Court later denied Plaintiff's motion to lower his IPFF, in an Order giving Plaintiff another thirty days to show cause why his action should not be dismissed for failure to pay his IPFF. (ECF No. 11.) He has neither responded nor paid his IPFF. Indeed, the Court has not heard from Plaintiff in nearly four months. (ECF No. 10.)

      IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

      DATED this 18 day of November, 2021.

      BY THE COURT:

_____
DAVID NUFFER
United States District Judge